SAMUEL O. BARKER, as Administrator of the Estate of HOWARD O. BARKER, Deceased, Appellant, *v.* PENN BRIDGE COMPANY, Respondent.

*Barker* v. *Penn Bridge Company*, 143 App. Div. 971, affirmed.
(Argued March 1, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered March 27, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned by the negligence of defendant, his employer.

*Erskine C. Rogers* for appellant.

*Edward M. Angell* for respondent.

Judgment affirmed, with costs, on the ground that there is no evidence of negligence of the defendant; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.